IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KEVIN M. KEAY**,

        Plaintiff,

    v.

**BLUESTONE & HOCKLEY;**
**SUSAN HOWARD; and**
**CLIFF HOCKLEY**,

        Defendants.

No. 3:15-cv-00100-JE

OPINION AND ORDER

**MOSMAN, J.**,

On January 28, 2015, Magistrate Judge Jelderks issued his Findings and Recommendation ("F&R") [5] in the above-captioned case, recommending that this action be dismissed without service of process, and that a judgment be entered dismissing Plaintiff's complaint without prejudice. Neither party objected to the F&R.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Jelderk's recommendation, and I ADOPT the F&R [5] as my own opinion.

IT IS SO ORDERED.

DATED this   24th   day of February, 2015.

/s/ Michael W. Mosman  
MICHAEL W. MOSMAN  
United States District Judge